AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE _____  District of _____  PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **ALFONSO MENA-ROBLES** | Case Number: 90-CR-230 (11) (JP) |
| | USM Number: 06679-069 |
| | AFPD, HECTOR GUZMAN-SILVA |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  STANDARD #7  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard #7 | Failure to refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance. | 10/18/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date _____

Defendant's Residence Address:
_____
_____

Defendant's Mailing Address:
_____

JANUARY 08, 2008
Date of Imposition of Judgment

S/ *Jaime Pieras, Jr.*
Signature of Judge

JAIME PIERAS, JR, U.S. DISTRICT JUDGE
Name and Title of Judge

JANUARY 08, 2008
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | ALFONSO MENA-ROBLES | |
| CASE NUMBER: | 90-CR-230 (11) (JP) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**NINE (9) MONTHS , of which he has already served two and a half months.** No additional term of supervision will be imposed.

☒ The court makes the following recommendations to the Bureau of Prisons:
**That defendant shall participate in a psychological treatment pertaining to drug use.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL